# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No. 3:12-00180** |
| | ) | **Judge Nixon** |
| BRIAN EDWIN WEAVER | ) | |
| | ) | |

## MOTION TO RESET THE SENTENCING HEARING

Comes Brian Edwin Weaver, through counsel, and moves this Honorable Court to reset the sentencing hearing in this cause. Liberty Lander-Dyer, the United States Probation Officer writing the report, needs more information to complete the report. Counsel's schedule has been such that he and Ms. Lander-Dyer have not been able to discuss the timing of this hearing until this date. Counsel respectfully requests that the court continue the case to a date appropriate to the Court's calendar in approximately three weeks from its current date. The sentencing hearing currently is set Monday, May 20, 2013. Counsel also respectfully requests that the case not be set on a Friday due to the furlough situation.

Clay Lee, the Assistant United States Attorney handling the case for the government is not opposed to Mr. Weaver's request.

*[handwritten: Sentencing continued to June 17, 2013 at 10:00 a.m.]*

Respectfully submitted,

/s/ Jude T. Lenahan
JUDE T. LENAHAN, BPR # 003759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Brian Edwin Weaver